# Court of Appeals
## Tenth Appellate District of Texas

10-25-00241-CR

In re David Dwayne Hernandez

Original Proceeding

JUSTICE HARRIS delivered the opinion of the Court.

**MEMORANDUM OPINION**

Relator's petition for writ of mandamus was filed on July 28, 2025.

There are procedural problems with this petition, such as no service on the trial court judge as the respondent and no service on the State as the real-party-in-interest, no certification of the petition, no properly certified transcript of the promised bench warrant alleged in relator's petition, and no certified or sworn-to copy of any document showing the matter complained of as required by the Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.5, 52.3(j), (k)(1)(A), and 52.7. We use Rule 2 to suspend the operation of the service and petition certification rules and proceed to a disposition of the petition. *See* TEX. R. APP. P. 2.

Relator bears the burden of providing this Court with a sufficient record

to establish his right to mandamus relief. *In re Blakeney*, 254 S.W.3d 659, 661 (Tex. App.—Texarkana 2008, orig. proceeding). He has not carried his burden.

Accordingly, relator's petition for writ of mandamus is denied.

_____
LEE HARRIS
Justice

OPINION DELIVERED and FILED: July 31, 2025

Before Chief Justice Johnson,
        Justice Smith, and
        Justice Harris
Petition denied
Do Not Publish
OT06

